**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PSY BURGER, LLC, a California limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation authorized to do business in California; and DOES 1 through 25, inclusive,<br><br>      Defendants. | CASE NO. 2:25-cv-10901 SVW (MARx)<br>*[Assigned for all purposes to:*<br>*Hon. Stephen V. Wilson, Ctrm. 10A]*<br><br><br>[PROPOSED] ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL<br><br><br>TRIAL DATE:    05/12/2026 |

Pursuant to the Stipulation of Plaintiff PSY Burger, LLC and Defendant State Farm General Insurance Company, this action is dismissed with prejudice as to all claims, causes of action and parties, and each side is to bear their own costs, expenses and attorney fees.

**IT IS SO ORDERED.**

DATED: May 6, 2026

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

**MUSICK, PEELER & GARRETT LLP**

5265716.1

1

[PROPOSED] ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL